# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN AARON KELLER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No.: 2:21-cv-00041-NJK<br><br>**ORDER** |

Plaintiff resides in Carson City, Nevada. Docket No. 5 at 1. "All . . . civil actions must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose." Local Rule IA 1-8(a). As such, this action should have been initiated in the unofficial northern division of the District.

Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: January 28, 2021

                                                                Nancy J. Koppe<br>
                                                            United States Magistrate Judge