CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN KELLER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:21-cv-00065-CLB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: June 14, 2021						Respectfully submitted,

								ROHLFING & KALAGIAN, LLP

								*/s/ Marc V. Kalagian*
								MARC V. KALAGIAN
								(*as authorized via email on June 14, 2021)
								Attorney for Plaintiff


Dated: June 14, 2021						Respectfully submitted,

								CHRISTOPHER CHIOU
								Acting United States Attorney

								*/s/ Allison J. Cheung*
								ALLISON J. CHEUNG
								Special Assistant United States Attorney
								Attorneys for Defendant


						IT IS SO ORDERED:

						_____
						HON. CARLA L. BALDWIN
						UNITED STATES MAGISTRATE JUDGE

						DATED: ____June 14, 2021_____